FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRYSTAL HANNAMAY D., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:18-cv-00221-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Dimke's February 15, 2019 Report and Recommendation, ECF No. 21, recommending that the Court grant the parties' Stipulated Motion for Remand, ECF No. 20. Neither party has objected to the Report and Recommendation. After reviewing the Report and Recommendation, and the relevant authorities, the Court finds Magistrate Judge Dimke's decision is correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 21**, is **ADOPTED** in its entirety.

2. The parties' Stipulated Motion for Remand, **ECF No. 20**, is **GRANTED**.

ORDER ADOPTING REPORT AND RECOMMENDATION **-** 1

3. This matter is **REVERSED** and **REMANDED** to the Commissioner of the Social Security Administration for further proceedings consistent with the Report and Recommendation pursuant to sentence four of 42 U.S.C. § 405(g).

4. Plaintiff's Amended Motion for Summary Judgment, **ECF No. 15**, and all other pending motions, are **DENIED AS MOOT**.

5. All hearings and other deadlines are **STRICKEN**.

6. The Clerk's Office is directed to **ENTER JUDGMENT** for Plaintiff and **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Dimke.

**DATED** this 4th day of March 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge